PHYLLIS L. HEATON v. WILLIAM D. HEATON.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on

or before June 20, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.